# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

ENRIQUE JERMAINE RICHARDSON,  )
a/k/a SIKANU NIH EL BEY, a/k/a  )
SAKHANU NAHOLO MSTABEH,  )
          )
        Plaintiff,  )
          )    No. 2:19-cv-02153-TLP-tmp
v.  )
          )
STATE OF TENNESSEE, et al.,  )
          )
        Defendants.  )

## ORDER ADOPTING THE REPORT AND RECOMMENDATION

Magistrate Judge Tu M. Pham issued a Report and Recommendation ("R&R"). (ECF No. 8.) The R&R recommends that this Court dismiss Plaintiff's complaint for failure to prosecute. (*Id.*) This is because the Magistrate Court ordered Plaintiff to, within 30 days, either submit a properly completed in forma pauperis application or pay the $400.00 civil filing fee. (ECF No. 6.) Plaintiff did neither. The R&R therefore recommends that Plaintiff's complaint be dismissed since Plaintiff willfully ignored a Court order. (ECF No. 8 at PageID 80); *see* Fed. R. Civ. P. 41(b); *Wu v. T.W. Wang, Inc.*, 420 F.3d 641, 643 (6th Cir. 2005) (citing *Knoll v. Am. Tel. & Tel. Co.*, 176 F.3d 359, 363 (6th Cir. 1999)).

A Party has 14 days to file specific written objections to the Magistrate Court's proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). But Plaintiff did not object to the R&R. *See* Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P.

72(b) advisory committee note.  The Court, having reviewed the R & R, finds no clear error.

The Court thus ADOPTS the R&R and DISMISSES Plaintiff's Complaint WITHOUT

PREJUDICE.

SO ORDERED, this 8th day of May, 2019.

s/ Thomas L. Parker

THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE